UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Margaret Fromm,<br><br>            Plaintiff,<br><br>vs.<br><br>Delta Air Lines, Inc.,<br><br>            Defendant. | Civil File No. 0:18-cv-03197 (MJD/SER)<br><br>**DEFENDANT'S MOTION TO DISMISS COMPLAINT** |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Delta Air Lines, Inc. hereby moves the Court for an Order dismissing with prejudice all of Plaintiff Margaret Fromm's claims in the above-captioned case for failure to state a claim upon which relief may be granted.  This motion is based on Defendant's Memorandum of Law in support of the motion, the pleadings on file, the arguments of counsel, and all files, records, and proceedings herein.

Dated:  April 9, 2019                          DORSEY & WHITNEY LLP

                                                                        By   /s/ JoLynn M. Markison
                                                                             JoLynn M. Markison (#0386876)
                                                                             markison.jolynn@dorsey.com
                                                                              Lily Dobson (#0398339)
                                                                              dobson.lily@dorsey.com
                                                      50 South Sixth Street, Suite 1500
                                                      Minneapolis, MN 55402
                                                     Telephone:  (612) 340-2600
                                                     Facsimile:  (612) 340-2868

                                                     *Attorneys for Delta Air Lines, Inc.*