UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Margaret Fromm,<br><br>       Plaintiff,<br><br>vs.<br><br>Delta Air Lines, Inc.,<br><br>       Defendant. | Civil File No. 0:18-cv-03197 (MJD/SER)<br><br>**DEFENDANT'S NOTICE OF HEARING ON MOTION TO DISMISS COMPLAINT** |

TO:   Plaintiff Margaret Fromm and her attorneys of record: Brian Mildenberg, Mildenberg Law Firm, 1735 Market St., Suite 3750, Philadelphia, PA 19103; Matthew Weisberg, Weisberg Law, 7 South Morton Ave, Morton, PA 19070; and Michael Bryant, Bradshaw & Bryant, PLLC, 1505 Division Street, Waite Park, MN 56387.

PLEASE TAKE NOTICE that on a date and time to be determined, before The Honorable Michael J. Davis, at the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Delta Air Lines, Inc. will move the Court for an Order dismissing all of Plaintiff Margaret Fromm's claims in the above-captioned case for failure to state a claim upon which relief may be granted.

Dated: April 9, 2019     DORSEY & WHITNEY LLP

By  /s/ JoLynn M. Markison
    JoLynn M. Markison (#0386876)
    markison.jolynn@dorsey.com
    Lily Dobson (#0398339)
    dobson.lily@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

***Attorneys for Delta Air Lines, Inc.***