**UNITED STATES DISTRICT JUDGE**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Margaret Fromm, | Case No. 18-cv-3197 (MJD/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| Delta Air Lines, Inc., | |
| Defendant. | |

This matter is before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. (ECF No. 45). No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Amended Complaint, (ECF No. 28), is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 2, 2019           s/ Michael J. Davis
                                Michael J. Davis
                                United States District Judge
                                District of Minnesota